**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MALIBU MEDIA, LLC
Plaintiff,

v.                                              Case No. 8:13-cv-02665-RAL-MAP

KIMBERLY ALVAREZ,
Defendant.

## ANSWER AND AFFIRMATIVE DEFENSES

COMES NOW KIMBERLY ALVAREZ, fka John Doe, and answers Plaintiff's Amended Complaint, and states as follows:

1. Defendant is without knowledge and denies the allegation.

2. Denied.

3. Defendant is without knowledge and denies the allegation.

4. Defendant is without knowledge and denies the allegation.

5. Denied.

6. Denied.

7. Defendant is without knowledge and denies the allegation.

8. Admitted.

9. Defendant is without knowledge and denies the allegation.

10. Defendant is without knowledge and denies the allegation.

11. Defendant is without knowledge and denies the allegation.

12. Defendant is without knowledge and denies the allegation.

13. Defendant is without knowledge and denies the allegation.

14. Defendant is without knowledge and denies the allegation.

15. Defendant is without knowledge and denies the allegation.

16. Defendant is without knowledge and denies the allegation.

17. Defendant is without knowledge and denies the allegation.

18. Defendant is without knowledge and denies the allegation.

19. Defendant is without knowledge and denies the allegation.

20. Defendant is without knowledge and denies the allegation.

21. Defendant is without knowledge and denies the allegation.

22. Defendant is without knowledge and denies the allegation.

23. Defendant is without knowledge and denies the allegation.

24. Defendant is without knowledge and denies the allegation.

25. Defendant fully restates its responses to Paragraphs 1-24.

26. Defendant is without knowledge and denies the allegation.

27. Denied.

28. Defendant is without knowledge and denies the allegation.

29. Defendant is without knowledge and denies the allegation.

30. Denied.

Defendant otherwise denies each and every allegation of the Amended Complaint. Defendant prays that judgment enter for Defendant and against Plaintiff, that Plaintiff take nothing, that Defendant be awarded costs, and for such other and further relief as may the interests of justice may require.

## AFFIRMATIVE DEFENSES

FIRST, Defendant states that the Amended Complaint fails to state a claim for relief which may be granted.

SECOND, Defendant states that Plaintiff's claim must be dismissed for unclean hands, and all evidence and data collected by key witness Tobias Fieser and his company IPP should be excluded and this case dismissed, on the ground that Fieser and IPP are or were being paid on a contingent fee basis. *See Accrued Fin. Servs., Inc. v. Prime Retail, Inc.*, 298 F.3d 291, 300 (4th Cir. 2002); *Farmer v. Ramsay*, 159 F. Supp. 2d 873, 883 (D. Md. 2001) *aff'd on other grounds*, 43 Fed. Appx. 547, 551 (4th Cir. 2002).

DATED this 7th day of April, 2014.

  /s/ Bradford A. Patrick_____
Bradford A. Patrick, Esq.
LAW OFFICE OF BRADFORD A. PATRICK, PA
Attorney for Alvarez
Florida Bar No.: 0529850
3001 North Rocky Point Drive East, Ste 200
Tampa, FL 33607
bap@baplegal.com

## CERTIFICATE OF SERVICE

I certify that on April 7, 2014, I electronically filed the foregoing with the Clerk of the Court by using the *CM/ECF* system for the Service List below and by US Mail otherwise.

/s/  BRADFORD A. PATRICK

## SERVICE LIST

VIA ECF:

**M. Keith Lipscomb**
Lipscomb, Eisenberg & Baker, PL
Penthouse 3800
2 South Biscayne Blvd.
Miami, FL 33131
786/431-2228
Fax: 786/431-2229
Email: klipscomb@lebfirm.com