**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**Malibu Media, LLC.,**

        **Plaintiff,**

v.                                          Case No. 8:13-cv-2665-T-26MAP

**Kimberly Alvarez,**

        **Defendant.**

_____/

## ORDER TO SHOW CAUSE

The Plaintiff is directed to **show cause** by a written response filed within **fourteen days** why this case should not be **dismissed** pursuant to Local Rule 3.10 for lack of prosecution due to the non-filing of a Case Management Report within the time prescribed by Local Rule 3.05(c)(2)(B).

                                              s/*Richard A. Lazzara*
                                              **RICHARD A. LAZZARA**
                                              **UNITED STATES DISTRICT JUDGE**

April 22, 2014

Copies to:

Counsel of Record
Unrepresented Parties